## Peterson *v.* Allstate Insurance Company, Appellant.

Argued April 13, 1965.

*Paul E. Allen,* with him *Stuart A. Culbertson,* for appellant; *F. Joseph Thomas,* for appellees.

Orders affirmed.

FLOOD, J., absent.

## Romig Unemployment Compensation Case.

Argued April 15, 1965. *Ronald J. McKay,* with him *James L. Bowman,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Sprys, Appellant, *v.* Sprys.

Argued April 15, 1965.

*Alexander J. Bielski,* for appellant; *Allen N. Brunwasser,* for appellee.

Order affirmed.

MONTGOMERY, J., took no part in the consideration or decision of this case.

FLOOD, J., absent.